LEVI L. SILVERMAN et al., Respondents, *v.* CHARLES R. MILLER et al., Appellants.

*Silverman* v. *Miller*, 115 App. Div. 895, affirmed.
(Submitted October 18, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 12, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to restrain the defendants from manufacturing or selling certain tools.

*E. C. Aiken* for appellants.

*Frank Hopkins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: HAIGHT, J.